

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-13-00165-CV

### Trial Court No. 9,140

**Susan Jackson Holden and Terry Holden**

**Vs.**

**Charles Lyle Holden, as the Independent Executor of the Estate of Rosie Eunice Holden, Deceased**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | John G Meazell |
| Clerk's record | $2.00 | JOHN G. MEAZELL |
| Motion fee | $10.00 | John Meazell |
| Motion fee | $10.00 | John Meazell |
| Motion fee | $10.00 | John Meazell |
| Motion fee | $10.00 | John Meazell P.C. |
| Motion fee | $10.00 | John Meazell P.C. |
| Reporter's record | $877.50 | Defendants |
| Clerk's record | $187.00 | Laura Pate |
| Filing | $100.00 | John Meazell |
| Indigent | $25.00 | John Meazell |
| Supreme Court chapter 51 fee | $50.00 | John Meazell |
| **TOTAL:** | $1,301.50 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 7th day of April 2015, A.D.

CATHY LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk